SPRING-MERCER CORPORATION, Appellant, *v.* HENRY GOODMAN and Others, Individually and as Copartners Doing Business as H. GOODMAN & SONS, Respondents.

Supreme Court, Appellate Term, First Department, January 28, 1926.

**Landlord and tenant — holes cut into lath and plaster in ceiling do not constitute ordinary wear and tear — tenant liable.**

The defendant, a tenant occupying premises in which nine holes twelve inches square were cut through the wire lath and plaster in the ceiling, is liable to the landlord for damages, since such a condition does not constitute ordinary wear and tear.

APPEAL by plaintiff from a judgment entered in the Municipal Court, Borough of Manhattan, Ninth District, after a trial before the court without a jury.

*Benjamin H. Wicksel,* for the appellant.

*William Weintraub,* for the respondents.

PER CURIAM.   The nine holes cut through the wire lath and plastering in the ceiling, measuring approximately twelve inches by twelve inches each, do not constitute ordinary wear and tear. The tenant is liable to the landlord for such damage to the ceiling and should make reimbursement to cover the cost of repair.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff in the sum of eighty dollars and costs.

All concur; present, GUY, WAGNER and LYDON, JJ.